IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TOYLAWUO GALTOGBAH | : | No. 07-cr-136-3 |

## ORDER

AND NOW, this ⟨22⟩ day of March, 2022, upon consideration of Mr. Galtogbah's § 2255 Motion to Vacate/Set Aside/Correct a Sentence (Doc. No. 120), and the Government's response in opposition (Doc. No. 141), it is **ORDERED** that the Motion (Doc. No. 120) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1